ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 5445 INDIAN CEDAR DR. TRUST, a Nevada Trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:22-cv-00208-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff 5445 Indian Cedar Dr. Trust (**the Trust**) and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional fourteen (14) days, up to and including **February 25, 2022**, to respond to the Trust's complaint. The current deadline for Shellpoint to respond to the complaint is February 11, 2022. The Trust filed its complaint on January 14, 2022, and served Shellpoint on January 21, 2022. Shellpoint removed this action to federal court on February 3, 2022.

Good cause exists to extend this deadline. Shellpoint's recently retained counsel is still investigating the facts and legal assertions raised in the Trust's complaint. It requests additional time

62121203;2

to fully form its response to these allegations pursuant to its obligations under Federal Rule of Civil Procedure 8(b).

This is the parties' first request for an extension of this deadline. This stipulation is brought in good faith and is not intended to cause any delay or prejudice to any party.

DATED this 11th day of February 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| _/s/ Paige Magaster_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ R. Samuel Ehlers_____<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>R. SAMUEL EHLERS, ESQ.<br>Nevada Bar No. 9313<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for 5445 Indian Cedar Dr. Trust* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:22-cv-00208-JCM-DJA

DATED: February 14, 2022

2

62121203;2