ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 5445 INDIAN CEDAR DR. TRUST,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-00208-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(FIRST REQUEST)** |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　　Counterclaimant,<br><br>vs.<br><br>5445 INDIAN CEDAR DR. TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Counterdefendants. | |

Plaintiff 5445 Indian Cedar Dr. Trust (**the Trust**) and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing submit this stipulation and order to extend time to file proposed stipulation and order for dismissal.  In this court's minute order dated January 10, 2023 [ECF

69239940;1

No. 42], the parties were ordered to file a proposed stipulation and order for dismissal or joint status report setting forth any impediments to settlement on or before March 13, 2023. The settlement documents have been finalized, and execution by Shellpoint is pending. The parties expect the settlement agreement to be fully executed within the next seven (7) days and request that this Court allow an additional fourteen (14) days, up to and including March 27, 2023, to file a stipulation of dismissal in this matter.

DATED this 13th day of March, 2023.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Christopher L Benner<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for 5445 Indian Cedar Dr. Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-00208-JCM-DJA

**DATED:** March 14, 2023