ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 5445 INDIAN CEDAR DR. TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00208-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>v.<br><br>5445 INDIAN CEDAR DR. TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

PLEASE TAKE NOTE that 5445 Indian Cedar Dr. Trust and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby stipulate to dismiss all claims and counterclaims between them in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 10th day of April, 2023.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| /s/ Paige L. Magaster | /s/ Christopher L. Benner |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Boulevard, Suite 75 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for 5445 Indian Cedar Dr. Trust* |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:22-cv-00208-JCM-DJA

**DATED:** April 10, 2023

2